

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2015

No. 04-15-00582-CV

**IN THE INTEREST OF C.A. AND M.A., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01957
Honorable Martha Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Notices of appeal were filed in this appeal by: (1) the mother, Laura Lee Castaneda; (2) the father, Pedro Almanza; and (3) the attorney and guardian ad litem for the children, Alana Pearsall.

By order dated December 1, 2015, the appellee was reminded that its appellee's brief in response to Pearsall's brief was due to be filed on December 2, 2015. The brief has not been filed. It is therefore ORDERED that the appellee's brief in response to Pearsall's brief must be filed in this court no later than December 14, 2015, or this appeal will be set for submission without an appellee's brief in response to Pearsall's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court